**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RANDI BRENT WHITEHEAD,

    Plaintiff,

v.   Case No: 8:13-cv-2845-T-30MAP

CITY OF BRADENTON, BRADENTON
POLICE DEPARTMENT, THE ROTARY
CLUB OF WEST BRADENTON, INC.,
WALTER SCOTT REED, MATTHEW
PALMER and BRIAN THIERS,

    Defendants.

## ORDER

    THIS CAUSE comes before the Court upon the Bradenton Police Department's Dispositive Motion to Dismiss Complaint (Dkt. #10) (the "Motion").

    Bradenton Police Department argues they are an improper party and should be dismissed. A complaint should be dismissed for improper party as a matter of law. *Dean v. Barber*, 951 F.2d 1210 (11th Cir. 1992). A police department that is an integral part of the city government as the vehicle through which the city government fulfills its policing functions is not an entity subject to suit. *See Eddy v. City of Miami*, 715 F. Supp. 1553, 1556 (S.D. Fla. 1989); *Dean*, 951 F.2d at 1214 ("[P]olice departments are not usually considered legal entities subject to suit."). The Bradenton Police Department is an integral part of the City of Bradenton, and is not a "person" nor proper party in a suit under 42 U.S.C. § 1983. *See Pierre v. Schlemmer*, 932 F. Supp. 278, 280 (M.D. Fla. 1996).

City of Bradenton is also named as a defendant in this suit and is the proper entity for suit as it is a municipal corporation of the State of Florida within the meaning of Florida Statute § 768.28(2). *Id.* As Plaintiff brings identical claims against the City of Bradenton, the proper defendant, and Bradenton Police Department, dismissal of the action against the Police Department is proper. Therefore, as the Bradenton Police Department is an improper party and not subject to suit, it is the Court's conclusion that the Motion should be granted.

Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. Bradenton Police Department's Dispositive Motion to Dismiss Complaint (Dkt. #10) is **GRANTED**.

**DONE** and **ORDERED** in Tampa, Florida, this 30th day of June, 2014.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record