UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RANDI BRENT WHITEHEAD,

    Plaintiff,

v.                                      Case No: 8:13-cv-2845-T-30JSS

MATTHEW PALMER, *et al.*

    Defendants.

## ORDER

THIS CAUSE comes before the Court upon the Defendants' Motion to Limit Testimony of Dr. Sean Dingle Pursuant to Daubert (Dkt. #107). Defendants filed the Motion to limit the testimony of Plaintiff's expert Dr. Sean Dingle arguing that his testimony is not the product of scientifically reliable methodology as required by *Daubert v. Merrell Dow Pharm., Inc.*, 509 U.S. 579, 589 (1993).

    The Court reviewed the Motion and Dr. Dingle's deposition testimony (Dkt. # 107-1) and concludes that the Motion should be denied. However, the Court sustains Defendants' objection to the question and response beginning on page 38 line 17 and ending on page 39 line 1 of Dr. Dingle's deposition. If the parties wish to argue the other objections raised during the depositions, they may do so at the beginning of the trial on July 20, 2015.

    It is therefore **ORDERED AND ADJUDGED** that:

1. Defendants' Motion to Limit Testimony of Dr. Sean Dingle Pursuant to Daubert (Dkt. #107) is **DENIED**.

2. The question and response beginning on page 38 line 17 and ending on page 39 line 1 of Dr. Dingle's deposition are hereby **STRICKEN**.

3. The Motion Hearing set for THURSDAY, 7/16/2015 at 9:00 AM is hereby **CANCELED**.

**DONE** and **ORDERED** in Tampa, Florida, this 13th day of July, 2015.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record